Hillsborough, April 4, 1939. } No. 3018.

### STEWART HARKINSON, *by his father and next friend v.* MANCHESTER.

*Doyle & Doyle (Mr. Paul J. Doyle* orally), for the plaintiff.

*William H. Craig* and *O'Connor & Saidel (Mr. D. Frederick O'Connor* orally), for the defendant.

*Per Curiam.*   This case is governed by the rule stated in *Piasecny* v. *Manchester*, 82 N. H. 458.   Whether contemporary expansions of the field of governmental activities demand a corresponding expansion of the scope of municipal liability for the manner of performing public duties, is a matter for legislative rather than judicial determination.

*Exception overruled.*